UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
               :

UNITED STATES OF AMERICA
               :   CONSENT PRELIMINARY ORDER
     - v. -              OF FORFEITURE/
               :   MONEY JUDGMENT
RAMEL CHESTNUT,
  a/k/a "Mel,"        :   S1 19 Cr. 684 (GBD)

      Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about November 10, 2020, RAMEL CHESTNUT, a/k/a "Mel" (the "Defendant"), was charged in a Superseding Information, S1 19 Cr. 684 (GBD) (the "Information"), with conspiracy to distribute and possess with intent to distribute narcotics, in violation of Title 21, United States Code, Section 846 (Count One);

        WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, all property constituting or derived from any proceeds obtained, directly or indirectly as a result of the offense charge in Count One of the Information, and any and all property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of the offense charged in Count One of the Information, including but not limited to a sum of money in United States currency, representing the proceeds traceable to the commission of the offense charged in Count One of the Information;

        WHEREAS, on or about November 10, 2020, the Defendant pled guilty to Count One of the Information, and admitted the forfeiture allegation with respect to Count One of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $3,055 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys Jacob R. Fiddelman and Mollie Bracewell, of counsel, and the Defendant and his counsel, Rita Glavin, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $3,055 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant RAMEL CHESTNUT, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Customs and Border Protection, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One

St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. Upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, and pursuant to Title 21, United States Code, Section 853, the United States Customs and Border Protection, or its designee the Office of Fines, Penalties, and Forfeiture shall be authorized to deposit the payment on the Money Judgment into the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[THIS SPACE LEFT INTENTIONALLY BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____   11/29/22
JACOB R. FIDDELMAN               DATE
MOLLIE BRACEWELL
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(212) 637-1024/-2218


RAMEL CHESTNUT

By: _Ramel Chesnut/by Rita Glavin_   12/7/2022
RAMEL CHESTNUT                        DATE

By: _____   12/7/2022
RITA GLAVIN, ESQ.                 DATE
Attorney for Defendant
Glavin, PLLC
156 West 56th Street, #2004
New York, New York 10019


SO ORDERED:

_____   12/8/2023
HONORABLE GEORGE B. DANIELS   DATE
UNITED STATES DISTRICT JUDGE